# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEREK STEWART,

    Plaintiff,

v.

ELITE IMAGING,

    Defendants.

Case No. 3:18-cv-02039-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: November 20, 2018

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    BY:   s/Tina Gray
          Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**